Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
MONAY ANN JEGEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONAY ANN JEGEN<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 1:16-cv-00647-EPG<br><br>STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(FIRST REQUEST) |

　　　　Plaintiff Monay Ann Jegen and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from December 22, 2016 to January 19, 2017 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. Specifically, Defendant's responsive brief shall be filed on or before February 20, 2017.  Plaintiff's reply shall be due on or before March 7, 2017.  This

1  is Plaintiff's first request for an extension. This request is made at the request of
2  Plaintiff's counsel to allow additional time to fully research the issues presented.
3  DATE: December 19, 2016            Respectfully submitted,
4                      LAWRENCE D. ROHLFING
5                      /s/ *Cyrus Safa*
   BY: _____
6      Cyrus Safa
7      Attorney for plaintiff Ms. Monay Ann Jegen

8
   DATE:  December 19, 2016
9
10                     PHILLIP A.TALBET
                       *United States Attorney*
11
12                     /s/ *Marcelo N. Illarmo*
   BY: _____
13     Marcelo N. Illarmo
       Special Assistant United States Attorney
14     Attorneys for defendant Carolyn W. Colvin
       |*authorized by e-mail|
15
16
17
18
19
20
21
22
23
24
25
26

# ORDER

Pursuant to the parties' stipulation, Defendant's responsive brief shall be filed on or before February 20, 2017. Plaintiff's reply shall be due on or before March 7, 2017. All other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly.

IT IS SO ORDERED.

Dated: __**December 21, 2016**__          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE