UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONAY ANN JEGEN, <br><br>　　　　　　Plaintiff, <br>　　v. <br>NANCY A. BERRYHILL, Commissioner of Social Security, <br><br>　　　　　　Defendant. | Case No. 1:16-cv-00647-EPG <br><br>**FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT** |

　　　　This matter is before the Court on Plaintiff's complaint for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding her application for Supplemental Security Income. (ECF No. 1.) The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Ninth Circuit. (ECF Nos. 6, 8.)

　　　　The court, having reviewed the record, administrative transcript, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows:

　　　　For the reasons announced by the Court on the record at the conclusion of the parties' oral argument on September 13, 2017, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

///

///

1

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 13, 2017**    /s/ Erici P. Grooj
UNITED STATES MAGISTRATE JUDGE